Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Pamela Yan Sun

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Yan Sun | Case No.: 1:06-CV-01769-AWI-DLB |
| Plaintiff, | |
| v. | |
| Alberto Gonzales, United States Attorney General; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services; David Still, San Francisco District Director, United States Citizenship and Immigration Services; Robert S. Mueller, Director of Federal Bureau of Investigation | **STIPULATION TO EXTEND DATE OF MANDATORY SCHEDULING CONFERENCE;  and ORDER** |
| Defendants | |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to a 30 day extension of the date of the mandatory scheduling conference in the above-entitled action in light of the reasonable possibility that this case may be moot within the next 30 days. If the case becomes moot in the next 30 days, the parties will file a stipulation to dismiss. If the case does not become moot in the next 30 days, the parties will file a joint case management statement 7 days in

///

STIPULATION TO EXTEND DATE OF MANDATORY SCHEDULING CONFERENCE;
06-CV-01796 Pamela Yan Sun v. Alberto R. Gonzales, et al.,

1

advance of the re-scheduled Mandatory Scheduling Conference. The parties request a new Scheduling Conference date of April 18, 2007 at 9:00 a.m..

DATED: February 28, 2007                                Respectfully Submitted,

                                       ___/S/_ Justin Fok_____
                                       Justin Fok, CSBN: 242272
                                       Attorney for Plaintiff

DATED: February 28, 2007

                                       ___/S/_ Audrey Hemesath _____
                                       Audrey B. Hemesath
                                       Assistant U.S. Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 1, 2007                                  ___/s/ Dennis L. Beck_____
                                                       DENNIS L. BECK
                                                       U.S. MAGISTRATE JUDGE

STIPULATION TO EXTEND DATE OF MANDATORY SCHEDULING CONFERENCE;
06-CV-01796 Pamela Yan Sun v. Alberto R. Gonzales, et al.,